THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN VELIA, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.